IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR282 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RODNEY FARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Assistant Federal Public Defender Kelly M. Steenbock's motion to withdraw (filing 52) is granted.  The defendant does not qualify for a reduction of his sentence under Sentencing Guideline Amendment 782, because he will be released from custody prior to November 1, 2015.

    Dated April 20, 2015.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Senior United States District Judge