IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:13CR282 |
| | ) | |
| V. | ) | |
| | ) | |
| RODNEY FARLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the written (e-mail) recommendation of the probation officer, and after consulting with counsel[1] and the probation officer,

IT IS ORDERED that the petition (filing no. 59) is dismissed and supervised release is herewith terminated.[2] The Clerk shall advise the U.S. Marshals Service that the hearing scheduled for Friday, September 28, 2018 is herewith cancelled.

DATED this 26th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Counsel for the government does not have the authority to agree to this order, but counsel does not object.

[2] The defendant's supervised release would have expired on September 17, 2018, but for the earlier filed petition that I now dismiss.